**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **EDDIE LAREECE PITTMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-CV-04210-MDH** |
| | ) | |
| **THE BOARD OF CURATORS OF THE** | ) | |
| **UNIVERSITY OF MISSOURI, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the Court is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 1). After reviewing the affidavit and financial information provided by Plaintiff (Doc. 1), as well as subsequent financial information provided by Plaintiff (Doc. 4), the Court finds Plaintiff is financially unable to pay the filing fees and costs associated with bringing this action and the Court hereby **GRANTS** Plaintiff leave to proceed in forma pauperis, subject to further consideration by the Court upon demonstration that Plaintiff is capable of paying the filing fees in this case.

**IT IS SO ORDERED.**

Dated: December 1, 2020                    _/s/ Douglas Harpool_
                                          **DOUGLAS HARPOOL**
                                          **United States District Judge**