# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| EDDIE LAREECE PITMMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-CV-04210-MDH |
| | ) |
| THE CURATORS OF THE UNIVERSITY | ) |
| OF MISSOURI, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Court's July 26, 2021, Show Cause Order. (Doc. 36). The Court ordered Plaintiff to show cause as to why named Defendant Renee Jiji had not been served. The Complaint (Doc. 8) was filed on December 1, 2020. Jiji has not been served as of the date of this Order. Fed. R. Civ. P. 4(m) provides that if "a defendant is not served within 90 days after the complaint is filed, the court…must dismiss the action without prejudice against that defendant…". Accordingly, Plaintiff was required to serve Jiji on or before March 1, 2021. The Court denied Plaintiff's motion for default judgment against Jiji on April 27, 2021. (Doc. 24). After the April 27, 2021, Order, Plaintiff apparently made no further attempt to serve Jiji. Indeed, Plaintiff's response to the Court's Show Cause Order indicated that he had abandoned his intent to join Jiji to the action.

While Plaintiff now asks the Court to grant him "another minute" to attempt to serve Jiji, any service would be extremely untimely and in significant violation of the deadline imposed by Rule 4(m). Accordingly, all claims against Defendant Jiji are dismissed without prejudice. Because no party remains, the action is hereby **DISMISSED** in its entirety.

1

**IT IS SO ORDERED.**

Dated: August 9, 2021                                    */s/ Douglas Harpool*
                                                        **DOUGLAS HARPOOL**
                                                        **United States District Judge**